# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:07-cr-320-T-30MAP

LUIS GILBERTO VALENCIA-CORREA

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion for Minor Role Reduction in Light of Amendment 794 (Dkt. #120).

Amendment 794 to the Sentencing Guidelines was merely a clarifying amendment, not a substantive one. It is retroactive only in the sense that it may be considered for a sentence on appeal, but does not give this Court jurisdiction to reconsider a prior sentence. *Trivino v. United States*, No. 16-17002-E (11th Cir. April 12, 2017). See *Burke v. United States*, 152 F. 3d 1329, 1332 (11th Cir. 1998) ("[A] claim that the sentence imposed is contrary to a post-sentencing clarifying amendment is a non-constitutional issue that does not provide a basis for collateral relief in the absence of a complete miscarriage of justice.").

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Minor Role Reduction in Light of Amendment 794 (Dkt. #120) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of May, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record